FILED
ASHEVILLE, N.C.

OCT - 2 2017

U.S. DISTRICT COURT
W. DIST. OF N.C.

# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

Xin G. Liu

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number:   1:17-po-00005-01

Matthew Baptiste Holloway
Defendant's Attorney

**THE DEFENDANT:**

☒   pleaded guilty to count(s) 1

| Title and Section | Nature of Offense | Date of Offense | Counts |
|---|---|---|---|
| 36 CFR 2.1(c)(3)(ii) | Gather and possess natural products - mushrooms | 06/13/17 | 1 |

**IMPOSITION OF SENTENCE:**

That the defendant be imprisoned for TWENTY (20) DAYS with credit for time served.

That the defendant is allowed to self report when notified by the U. S. Marshal.

That the defendant pay a fine in the amount of $500 and $10 assessment.   All monies due by 12/14/2017.

Date of Imposition of Sentence:  9/29/2017

Dennis L. Howell
U. S. MAGISTRATE JUDGE

**RETURN**

I have executed this Judgment as follows: _____

_____

at _____ Defendant delivered on _____ to _____
_____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal